IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:21-cv-507-D

| KATELIND RINER, on behalf of herself and others similarly situated, | |
|---|---|
| Plaintiffs, | |
| v. | **ORDER APPROVING SETTLEMENT** |
| RADEAS, LLC, | |
| Defendant. | |

Upon consideration of the Parties' Joint Motion to Approve Settlement Under the Fair Labor Standards Act and supporting filings;

And it appearing to the Court that good cause exists for the requested relief, the Motion is GRANTED; and

It is hereby ORDERED that the Parties' Settlement Agreement is approved.

SO ORDERED. This the **24** day of February, 2023.

James C. Dever III
United States District Court Judge